Form 154

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

18

In re:                                                     Bankruptcy Case No.: 20−22212−TPA

Chapter: 7

**Jayme Ann Livorio**
    Debtor(s)

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The trustee has now reported that property in the estate is available or may become available for distribution to creditors.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **January 8, 2021**.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing−proof−claim using the Electronic Proof of Claim ("ePOC") System.

Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing−proof−claim.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                Michael R. Rhodes
  U.S. Bankruptcy Court                                          *Clerk, U.S. Bankruptcy Court*
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Dated: 10/30/20

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22212-TPA |
| Jayme Ann Livorio | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 30, 2020 | Form ID: 154 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jayme Ann Livorio, 600 Nineteen North Dr, Apt 7, Pittsburgh, PA 15237-5375 |
| 15269795 | | Centers for Rehab Services, c/o Receivables Outsourcing LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 15269796 | | Cranberry Psychological Center, 100 Northpointe Cir, Seven Fields, PA 16046-7851 |
| 15269801 | | Fedloan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15269803 | ++ | NEW CREDIT AMERICA, PO BOX 9125, PORTLAND OR 97207-9125 address filed with court:, New Credit America, PO Box 9125, Portland, OR 97207-9125 |
| 15269804 | | Penn Credit, PO Box 69703, Harrisburg, PA 17106-9703 |
| 15269807 | + | Radius Global Solutions LLC, 7831 Glenroy Rd Ste 250-A, Minneapolis, MN 55439-3117 |
| 15269811 | | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15269812 | | UPMC St Margaret, c/o Receivables Outsourcing LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 15269810 | | University of Pittsburgh Physicians, c/o Receivables Outsourcing LLC, PO Box 62850, Baltimore, MD 21264-2850 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Oct 31 2020 01:39:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | EDI: PRA.COM | Oct 31 2020 02:23:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15269794 | | EDI: CAPITALONE.COM | Oct 31 2020 02:23:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15269797 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 31 2020 01:13:43 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 15269798 | | EDI: DISCOVER.COM | Oct 31 2020 02:23:00 | Discover, PO Box 6103, Carol Stream, IL 60197-6103 |
| 15269799 | | EDI: DISCOVERSL.COM | Oct 31 2020 02:23:00 | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 15269800 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 31 2020 01:39:00 | Duquesne Light Company, 411 7th Ave, Pittsburgh, PA 15219-1942 |
| 15269802 | | Email/Text: bknotices@mbandw.com | Oct 31 2020 01:39:00 | McCarthy Burgess and Wolff Inc, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 15269803 | | Email/Text: bankruptcy@ncaloans.com | Oct 31 2020 01:38:00 | New Credit America, PO Box 9125, Portland, OR 97207-9125 |
| 15269806 | | EDI: CCS.COM | Oct 31 2020 02:23:00 | Quest Diagnostics Inc, c/o Credit Collection Services, PO Box 55126, Boston, MA 02205-5126 |
| 15270133 | + | EDI: RMSC.COM | | |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | Oct 31 2020 02:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15269808 | EDI: TFSR.COM | Oct 31 2020 02:23:00 | Toyota Financial Services, PO Box 22202, Owings Mills, MD 21117-1397 |
| 15269809 | Email/Text: bankruptcydepartment@tsico.com | Oct 31 2020 01:39:00 | Transworld Systems In, 2135 E Primrose St Ste Q, Springfield, MO 65804-4598 |
| 15269813 | EDI: VERIZONCOMB.COM | Oct 31 2020 02:23:00 | Verizon Wireless, 500 Technology Dr Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| 15269805 | ## | Peoples Natural Gas, PO Box 6766, Pittsburgh, PA 15212-0766 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2020        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Jason L. Karavias | on behalf of Debtor Jayme Ann Livorio jkaravias@verizon.net |
| Jeffrey J. Sikirica | trusteesikirica@zoominternet.net PA59@ecfcbis.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 5