**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

In re:

| | | |
|---|---|---|
| **JAYME ANN LIVORIO** | ) | **Case No.   20-22212-TPA** |
| | ) | |
| **Debtor.** | ) | **Chapter 7** |
| | ) | |
| | ) | **Document No. ____** |
| | ) | |
| | ) | **Related to Doc. No. 22** |

**STATUS REPORT**

AND NOW, comes, Jeffrey J. Sikirica, Trustee (hereinafter "Trustee") for the

Bankruptcy Estate of Jayme Ann Livorio (hereinafter "Debtor") and files this "Status Report",

stating in support thereof as follows:

1. An Order directing the Chapter 7 Trustee to file a Status Report was entered on May 6, 2021.

2. The Debtor is a co-owner of real estate, in which she no longer resides, with Richard P. Barns, II.

3. Richard P. Barns, II previously filed a Bankruptcy Petition which is still ongoing at Case No. 18-24483-GLT.

4. Trustee Natalie Cardiello is currently negotiating a short sale of the jointly owned real estate with a buyer's premium to be split between Richard P. Barns, II and the Debtor.

5. The Trustee has already requested that proof of claims be filed.

6. The deadline to file claims has passed with a total of $4,758.04 in unsecured claim being filed.

625e87941f968419

7.  Even a small buyer's premium will result in a significant distribution to the creditors that have filed claims.

8.  There is nothing else for the Trustee to do in this case until a short sale agreement is reached for the jointly owned real estate.

9.  In speaking with Trustee Cardiello, it is estimated that a sale motion will be brought within the next 90 days.


Respectfully submitted,


Dated: 05/06/21                              */s/ Jeffrey J. Sikirica* __
                                             Jeffrey J. Sikirica, Trustee
                                             PA. I.D. #36745
                                             121 Northbrook Drive
                                             Gibsonia, PA  15044
                                             T:  (724) 625-2566
                                             F:  (724) 625-4611
                                             TrusteeSikirica@zoominternet.net
                                             **TRUSTEE FOR DEBTOR**