FILED
5/6/21 8:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JAYME ANN LIVORIO | : | Case No. 20-22212-TPA |
| *Debtor(s)* | : | Chapter 7 |
| | : | |

### ORDER

*AND NOW,* this **6th** day of ***May, 2021,*** since no activity has occurred in the above Chapter 7 Asset case since October 29, 2020, it is hereby **ORDERED, ADJUDGED and DECREED** that ***on or before May 20, 2021,*** the Chapter 7 Trustee, Jeffrey Sikirica, Esq., shall file a detailed ***Status Report*** stating: (a) the current status of the case; (b) the reason there has been such an inordinate delay in activity; (c) what action the Trustee is taking to resolve any pending issues involved; (d) a narrative summary of any other relevant activities undertaken by the Trustee to move the case toward closure; and, (e) the date the case is expected to be concluded. Upon receipt of the *Status Report* the Court will determine if there is a need to schedule a status conference.

Thomas P. Agresti, Judge    **ljm**
United States Bankruptcy Court

Case Administrator to serve:
    Debtor(s)
    Debtor's Counsel
    Jeffrey Sikirica, Esq.
    U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22212-TPA |
| Jayme Ann Livorio | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 1 |
| Date Rcvd: May 06, 2021 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jayme Ann Livorio, 600 Nineteen North Dr, Apt 7, Pittsburgh, PA 15237-5375 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 08, 2021           Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Jason L. Karavias | on behalf of Debtor Jayme Ann Livorio jkaravias@verizon.net |
| Jeffrey J. Sikirica | trusteesikirica@zoominternet.net  PA59@ecfcbis.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 5