Case 20-22212-TPA    Doc 25    Filed 05/10/21    Entered 05/10/21 11:55:57    Desc Main
Document    Page 1 of 2

FILED
5/10/21 11:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JAYME ANN LIVORIO | : | Case No. 20-22212-TPA |
| *Debtor* | : | Chapter 12 |
| | : | |
| JEFFREY SIKIRICA, TRUSTEE | : | Related to Doc. No. 23 |
| *Movant,* | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT | : | Hearing: September 23, 2021 at 11:00 A.M. |
| | : | |

## **ORDER**

**AND NOW,** this **10th** day of **May, 2021** in light of the Status Report, Doc No, 23, having been filed on May 6, 2021, it is hereby **ORDERED**, **ADJUDGED and DECREED** that:

(1)     A status conference on the case is scheduled for **September 23, 2021 at 11:00 A.M.** to be held by the **Zoom Video Conference Application.** The Parties must comply with Judge Agresti's **Amended Notice of Temporary Modification of Appearance Procedures**, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.

(2)     **Initializing Zoom Hearing:**    To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, to attend use the following

Meeting ID: 160 2130 3488.  For questions regarding the connection contact Judge Agresti's Staff Attorney Courtney Helbling at 814-464-9781.

_____
Thomas P. Agresti, Judge    ljm
United States Bankruptcy Court

Case administrator to serve:
    Jeffrey Sikirica, Esq.
    Debtor
    Debtor's Counsel