FILED
5/10/21 11:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JAYME ANN LIVORIO | : | Case No.  20-22212-TPA |
| *Debtor* | : | Chapter 12 |
| | : | |
| JEFFREY SIKIRICA, TRUSTEE | : | Related to Doc. No. 23 |
| *Movant,* | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT | : | Hearing:  September 23, 2021 at 11:00 A.M. |
| | : | |

**ORDER**

*AND NOW,* this **10th** day of ***May, 2021*** in light of the Status Report, Doc No, 23, having been filed on May 6, 2021, it is hereby **ORDERED**, **ADJUDGED and DECREED** that:

(1)   A status conference on the case is scheduled for ***September 23, 2021 at 11:00 A.M.*** to be held by the ***Zoom Video Conference Application.***  The Parties must comply with Judge Agresti's ***Amended Notice of Temporary Modification of Appearance Procedures***, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.

(2)   ***Initializing Zoom Hearing:***   To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time:  https://www.zoomgov.com/j/16021303488, or alternatively, to attend use the following

1

Meeting ID: 160 2130 3488.  For questions regarding the connection contact Judge Agresti's Staff Attorney Courtney Helbling at 814-464-9781.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Thomas P. Agresti, Judge    ljm
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

Case administrator to serve:
　　Jeffrey Sikirica, Esq.
　　Debtor
　　Debtor's Counsel

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                  Case No. 20-22212-TPA
Jayme Ann Livorio                                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dkam      Page 1 of 1
Date Rcvd: May 10, 2021      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jayme Ann Livorio, 600 Nineteen North Dr, Apt 7, Pittsburgh, PA 15237-5375 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2021      Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Jason L. Karavias | on behalf of Debtor Jayme Ann Livorio jkaravias@verizon.net |
| Jeffrey J. Sikirica | trusteesikirica@zoominternet.net PA59@ecfcbis.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 5