FILED
6/11/21 4:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **JAYME ANN LIVORIO** | ) | Case No.  20-22212-TPA |
| Debtor. | ) | Chapter 7 |
| | ) | Document No.  28 |
| **JEFFREY J. SIKIRICA,** | ) | |
| **CHAPTER 7 TRUSTEE** | ) | |
| Movant | ) | |
| vs. | ) | |
| **JAYME ANN LIVORIO** | ) | |
| Respondent. | ) | |

### ORDER OF COURT

AND NOW, this  11th  day of  June , 2021, upon consideration of the "Motion for Authority to Consent to a Short Sale of Real Property" hereinafter the "Consent Authority Motion",

it is hereby ORDERED and DECREED as follows:

1)    the Consent Authority Motion is approved;

2)    Jeffrey J. Sikirica, Chapter 7 Trustee, is authorized to consent to a short sale motion of real estate located 113 Treona Drive, Verona, PA 15147 (hereinafter the "Real Estate") to be brought by Trustee Natalie Lutz Cardiello in the Bankruptcy Case of Richard P. Barns, II at Case No. 18-24483-GLT in return for 50% of the buyer's premium from the sale to this buyer or the successful bidder; and,

3) the funds received by the Bankruptcy Estate of Jayme Ann Livorio from the buyer's premium will only be for the benefit of administrative and unsecured claims and not subject to any exemption claim of the Debtor.

_____
Thomas P. Agresti    ljm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22212-TPA |
| Jayme Ann Livorio | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 1 |
| Date Rcvd: Jun 11, 2021 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jayme Ann Livorio, 600 Nineteen North Dr, Apt 7, Pittsburgh, PA 15237-5375 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Jason L. Karavias | on behalf of Debtor Jayme Ann Livorio jkaravias@verizon.net |
| Jeffrey J. Sikirica | trusteesikirica@zoominternet.net PA59@ecfcbis.com |
| Jeffrey J. Sikirica | on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@zoominternet.net PA59@ecfcbis.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 6