FILED
9/24/21 10:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-22212-TPA |
| Jayme Ann Livorio | : | Chapter: | 7 |
| *Debtor(s).* | : | | |
| | : | Date: | 9/23/2021 |
| | : | Time: | 11:00 |

### PROCEEDING MEMO

**MATTER**   # 23 Status Conference on Case

**APPEARANCES:**

   Debtor: Jason L. Karavias
   Trustee: Jeffrey J. Sikirica

**NOTES:**

Sikirica:   This is a case where we have 2 different bankruptcies going on.  Closing should be in the next couple weeks.  By November the TFR will be filed.  This is a short sale where by Debtor was co-owner.  Delay due to a sewer line.

**OUTCOME:**   Case to proceed in the normal course.

*/s/ signature*
nms