UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JAYME ANN LIVORIO<br><br>Jeffrey J. Sikirica, Trustee<br>　　　　　　　　　Movant<br><br>v.<br><br>No Respondents. | CASE NO: 20-22212 TPA<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 6/15/2021, I did cause a copy of the following documents, described below,

ORDER APPROVING COUNSEL FOR THE TRUSTEE

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/15/2021

　　　　　　　　　　　　　　　　/s/ Jeffrey J. Sikirica
　　　　　　　　　　　　　　　　Jeffrey J. Sikirica  36745

　　　　　　　　　　　　　　　　Jeffrey J. Sikirica, Esq.
　　　　　　　　　　　　　　　　121 Northbrook Drive
　　　　　　　　　　　　　　　　Gibsonia, PA  15044
　　　　　　　　　　　　　　　　724 625 2566

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JAYME ANN LIVORIO<br><br>Jeffrey J. Sikirica, Trustee<br>                    Movant<br><br>v.<br><br>No Respondents. | CASE NO: 20-22212 TPA<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7 |

On 6/15/2021, a copy of the following documents, described below,

ORDER APPROVING COUNSEL FOR THE TRUSTEE

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/15/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey J. Sikirica
Jeffrey J. Sikirica, Esq.
121 Northbrook Drive
Gibsonia, PA  15044

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE OR
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICING" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CAPITAL ONE<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CENTERS FOR REHAB SERVICES<br>CO RECEIVABLES OUTSOURCING LLC<br>PO BOX 62850<br>BALTIMORE MD 21264-2850 |
| CRANBERRY PSYCHOLOGICAL CENTER<br>100 NORTHPOINTE CIR<br>SEVEN FIELDS PA 16046-7851 | CREDIT ONE BANK<br>PO BOX 60500<br>CITY OF INDUSTRY CA 91716-0500 | DISCOVER<br>PO BOX 6103<br>CAROL STREAM IL 60197-6103 |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DISCOVER STUDENT LOANS<br>PO BOX 30948<br>SALT LAKE CITY UT 84130-0948 | DUQUENSE LIGHT COMPANY<br>411 7TH AVE<br>PITTSBURGH PA 15219-1942 |
| DUQUESNE LIGHT COMPANY<br>CO BERNSTEINBURKLEY PC<br>707 GRANT STREET SUITE 2200 GULF TOWER<br>PITTSBURGH PA 15219-1945 | KERI P EBECK<br>BERNSTEINBURKLEY<br>707 GRANT STREET<br>SUITE 2200 GULF TOWER<br>PITTSBURGH PA 15219-1945 | FEDLOAN SERVICING<br>PO BOX 60610<br>HARRISBURG PA 17106-0610 |
| JASON L KARAVIAS<br>239 4TH AVENUE<br>SUITE 1603<br>PITTSBURGH PA 15222-1755 | JAYME ANN LIVORIO<br>600 NINETEEN NORTH DR<br>APT 7<br>PITTSBURGH PA 15237-5375 | MCCARTHY BURGESS AND WOLFF INC<br>26000 CANNON RD<br>CLEVELAND OH 44146-1807 |
| MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN MI 48090-2037 | NEW CREDIT AMERICA<br>PO BOX 9125<br>PORTLAND OR 97207-9125 | BRIAN NICHOLAS<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>LIBERTY CENTER<br>1001 LIBERTY AVENUE SUITE 970<br>PITTSBURGH PA 15222-3721 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | PENN CREDIT<br>PO BOX 69703<br>HARRISBURG PA 17106-9703 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG PA 17128-0946 | PENNSYLVANIA DEPT OF REVENUE<br>DEPARTMENT 280946<br>PO BOX 280946<br>ATTN- BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 | PEOPLES NATURAL GAS<br>PO BOX 6766<br>PITTSBURGH PA 15212-0766 |
| QUEST DIAGNOSTICS INC<br>CO CREDIT COLLECTION SERVICES<br>PO BOX 55126<br>BOSTON MA 02205-5126 | RADIUS GLOBAL SOLUTIONS LLC<br>7831 GLENROY RD STE 250A<br>MINNEAPOLIS MN 55439-3117 | SYNCHRONY BANK<br>CO OF PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
TOYOTA MOTOR CREDIT CORPORATION        TRANSWORLD SYSTEMS IN                  UPMC HEALTH SERVICES
PO BOX 8026                            2135 E PRIMROSE ST STE Q               PO BOX 371472
CEDAR RAPIDS IA 52408-8026             SPRINGFIELD MO 65804-4598              PITTSBURGH PA 15250-7472


UPMC ST MARGARET                       UNIVERSITY OF PITTSBURGH PHYSICIANS    VERIZON
CO RECEIVABLES OUTSOURCING LLC         CO RECEVIABLES OUTSOURCING LLC         BY AMERICAN INFOSOURCE AS AGENT
PO BOX 62850                           PO BOX 62850                           PO BOX 4457
BALTIMORE MD 21264-2850                BALTIMORE MD 21264-2850                HOUSTON TX 77210-4457


VERIZON WIRELESS
500 TECHNOLOGY DR STE 550
WELDON SPRING MO 63304-2225
```