**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Pittsburgh DIVISION**

| | | |
|---|---|---|
| In re: | | |
| LIVORIO, JAYME ANN | § | Case No. 20-22212- TPA |
| Debtor(s) | § | Chapter 7 |
| | § | |
| Jeffrey J. Sikirica, Trustee | § | |
| Movant | § | |
| v. | § | |
| | § | |
| No Respondents | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Jeffrey J. Sikirica, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than December 27, 2022 , in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Agresti as found on his Procedures webpage at http://www.pawb.uscourts.gov/procedures. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A Zoom Video Conference Hearing will be held on January 6, 2022, at 11:00 a.m. before Judge Thomas P. Agresti via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection, contact Judge Agresti's Staff Lawyer or Deputy-in-Charge, at 814-464-9760. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Updated Notice of Temporary Modification of Appearance Procedures, dated and effective November 22, 2021, and continued until further order, which can be found on the Court's website at https://www.pawb.uscourts.gov/content/judge-thomas-p-agresti. Under the current COVID-19

**UST Form 101-7-NFR (10/1/2010)**

circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

| | |
|---|---|
| Date Mailed: 11/30/2021 | By: /s/ Jeffrey J. Sikirica |
| | Trustee, Bar No.: 36745 |

Jeffrey J. Sikirica
121 Northbrook Drive
Gibsonia, PA 15044
(724) 625-2566
trusteesikirica@zoominternet.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Pittsburgh DIVISION**

In re:
LIVORIO, JAYME ANN    § Case No. 20-22212- TPA
                     § Chapter 7
                     §
                     §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of :* | $ 3,750.00 |
| *and approved disbursements of:* | $ 0.00 |
| *leaving a balance on hand of[1]:* | $ 3,750.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 3,750.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Jeffrey J. Sikirica | 937.50 | 0.00 | 937.50 |
| Trustee, Expenses - Jeffrey J. Sikirica | 4.20 | 0.00 | 4.20 |
| Attorney for Trustee Fees - Jeffrey J. Sikirica, Esq. | 805.00 | 0.00 | 805.00 |
| Attorney for Trustee, Expenses - Jeffrey J. Sikirica, Esq. | 75.48 | 0.00 | 75.48 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $ 1,822.18 |
| Remaining balance: | $ 1,927.82 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 1,927.82 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 1,927.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,758.04 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 40.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 1,453.58 | 0.00 | 588.95 |
| 2 | Midland Credit Management, Inc. | 882.82 | 0.00 | 357.69 |
| 3 | Capital One Bank (USA), N.A. | 463.78 | 0.00 | 187.91 |
| 4 | Verizon | 1,957.86 | 0.00 | 793.27 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 1,927.82 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ Jeffrey J. Sikirica
Trustee

Jeffrey J. Sikirica
121 Northbrook Drive
Gibsonia, PA 15044
(724) 625-2566
trusteesikirica@zoominternet.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-22212-TPA
Jayme Ann Livorio     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 3
Date Rcvd: Dec 01, 2021     Form ID: pdf900     Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Jayme Ann Livorio, 600 Nineteen North Dr, Apt 7, Pittsburgh, PA 15237-5375 |
| 15269795 | | Centers for Rehab Services, c/o Receivables Outsourcing LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 15269796 | | Cranberry Psychological Center, 100 Northpointe Cir, Seven Fields, PA 16046-7851 |
| 15269801 | | Fedloan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15269804 | | Penn Credit, PO Box 69703, Harrisburg, PA 17106-9703 |
| 15269805 | | Peoples Natural Gas, PO Box 6766, Pittsburgh, PA 15212-0766 |
| 15269807 | | Radius Global Solutions LLC, 7831 Glenroy Rd Ste 250-A, Minneapolis, MN 55439-3132 |
| 15269808 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, PO Box 22202, Owings Mills, MD 21117-1397 |
| 15269811 | | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15269812 | | UPMC St Margaret, c/o Receivables Outsourcing LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 15269810 | | University of Pittsburgh Physicians, c/o Receivables Outsourcing LLC, PO Box 62850, Baltimore, MD 21264-2850 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Dec 01 2021 23:42:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 02 2021 00:00:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15269794 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2021 00:00:04 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15308097 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2021 00:00:04 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15269797 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 02 2021 00:00:09 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 15269798 | | Email/Text: mrdiscen@discover.com | Dec 01 2021 23:42:00 | Discover, PO Box 6103, Carol Stream, IL 60197-6103 |
| 15307085 | | Email/Text: mrdiscen@discover.com | Dec 01 2021 23:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15269799 | | Email/Text: DSLBKYPRO@discover.com | Dec 01 2021 23:42:00 | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 15269800 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 01 2021 23:42:00 | Duquense Light Company, 411 7th Ave, Pittsburgh, PA 15219-1942 |
| 15269802 | | Email/Text: bknotices@mbandw.com | Dec 01 2021 23:42:00 | McCarthy Burgess and Wolff Inc, 26000 Cannon Rd, Cleveland, OH 44146-1807 |

Case 20-22212-TPA    Doc 45    Filed 12/03/21    Entered 12/04/21 00:31:29    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0315-2 | User: dkam | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 01, 2021 | Form ID: pdf900 | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15307536 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 01 2021 23:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15269803 | | Email/Text: bankruptcy@ncaloans.com | Dec 01 2021 23:42:00 | New Credit America, PO Box 9125, Portland, OR 97207-9125 |
| 15269806 | | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 01 2021 23:42:00 | Quest Diagnostics Inc, c/o Credit Collection Services, PO Box 55126, Boston, MA 02205-5126 |
| 15270133 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2021 00:00:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15269809 | | Email/Text: bankruptcydepartment@tsico.com | Dec 01 2021 23:42:00 | Transworld Systems In, 2135 E Primrose St Ste Q, Springfield, MO 65804-4598 |
| 15324849 | | Email/PDF: ebn_ais@aisinfo.com | Dec 02 2021 00:00:13 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15269813 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 01 2021 23:42:00 | Verizon Wireless, 500 Technology Dr Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2021            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Jason L. Karavias | on behalf of Debtor Jayme Ann Livorio jkaravias@verizon.net |
| Jeffrey J. Sikirica | trusteesikirica@zoominternet.net PA59@ecfcbis.com |
| Jeffrey J. Sikirica | on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@zoominternet.net PA59@ecfcbis.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6