IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| JAYME ANN LIVORIO | : | Bankruptcy No. 20-22212-TPA |
| | : | Chapter 7 |
| | : | |
| Debtor(s). | : | Docket No. ____ |
| | : | |
| JEFFREY J. SIKIRICA, TRUSTEE | : | Related to Docket Nos. 41, 42, 43 & 44 |
| | : | |
| Movant | : | Hearing Date & Time: |
| | : | January 6, 2021 @ 11:00 am |
| vs. | : | |
| | : | |
| No Respondents. | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) (hereinafter "Final Report") filed on **November 30, 2021** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Final Report appears thereon. Pursuant to the Notice of Hearing, objections to the Final Report were to be filed and served no later than **December 27, 2021**.

It is hereby respectfully requested that the Order attached to the Final Report be entered by the Court.

Dated: 12/28/2021            By: /s/ Jeffrey J. Sikirica
                                 Signature

                                 Jeffrey J. Sikirica
                                 Typed Name

                                 121 Northbrook Drive, Gibsonia, PA  15044
                                 Address

                                 724-625-2566
                                 Phone No.

                                 PA ID 36745
                                 List Bar I.D. and State of Admission

**PAWB Local Form 25 (07/13)**