FILED
12/29/21 12:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## WESTERN District of PENNSYLVANIA
### Pittsburgh Division

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **JAYME ANN LIVORIO** | ) | Case No. 20-22212-TPA |
| | ) | |
| Debtors | ) | Chapter 7 |
| | ) | |
| **JEFFREY J. SIKIRICA, ESQ.** | ) | |
| | ) | |
| Movant | ) | Related to Doc. No. 43 |
| vs. | ) | |
| | ) | |
| **No Respondents** | ) | |

## ORDER AWARDING JEFFREY J. SIKIRICA, ESQUIRE, ATTORNEY FOR TRUSTEE, COMPENSATION AND EXPENSES

AND NOW, this __29th__ day of __December__, 20__21__, upon consideration of the foregoing application for compensation, it is ORDERED, that the sum of $805.00 is reasonable compensation and the sum of $75.48 is reasonable expenses by Jeffrey J. Sikirica, Esquire for the services in this case as attorney for the Chapter 7 Trustee; and, that such sums are approved and to be paid by the Chapter 7 Trustee as part of his distribution of the estate proceeds as allowed by section 330 of the United States Bankruptcy Code.

By the Court,

_____
Thomas P. Agresti    nms
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22212-TPA |
| Jayme Ann Livorio | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Dec 29, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | # Jayme Ann Livorio, 600 Nineteen North Dr, Apt 7, Pittsburgh, PA 15237-5375 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 31, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Jason L. Karavias | on behalf of Debtor Jayme Ann Livorio jkaravias@verizon.net |
| Jeffrey J. Sikirica | trusteesikirica@zoominternet.net PA59@ecfcbis.com |
| Jeffrey J. Sikirica | on behalf of Trustee Jeffrey J. Sikirica trusteesikirica@zoominternet.net PA59@ecfcbis.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2     User: dpas     Page 2 of 2
Date Rcvd: Dec 29, 2021     Form ID: pdf900     Total Noticed: 1
TOTAL: 6