**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Pittsburgh DIVISION**

In re:
LIVORIO, JAYME ANN § Case No. 20-22212-TPA
Debtor(s) § Chapter 7
 §
Jeffrey J. Sikirica, Trustee §
Movant §
v. §
 §
No Respondents §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Jeffrey J. Sikirica, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $4,196.21 | Assets Exempt: | $4,196.21 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,927.82 | Claims Discharged Without Payment: | $54,576.48 |
| Total Expenses of Administration: | $1,822.18 | | |

3) Total gross receipts of $3,750.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,750.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,822.18 | $1,822.18 | $1,822.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $56,581.13 | $4,758.04 | $4,758.04 | $1,927.82 |
| **TOTAL DISBURSEMENTS** | $56,581.13 | $6,580.22 | $6,580.22 | $3,750.00 |

4) This case was originally filed under chapter 7 on 07/27/2020. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/01/2022        By: /s/ Jeffrey J. Sikirica
                             Trustee, Bar No.: 36745

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 113 Treona Dr, Verona, PA 15147-2628, Allegheny County | 1110-000 | $3,750.00 |
| TOTAL GROSS RECEIPTS | | $3,750.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Jeffrey J. Sikirica | 2100-000 | NA | $937.50 | $937.50 | $937.50 |
| Trustee, Expenses - Jeffrey J. Sikirica | 2200-000 | NA | $4.20 | $4.20 | $4.20 |
| Attorney for Trustee Fees - Jeffrey J. Sikirica, Esq. | 3110-000 | NA | $805.00 | $805.00 | $805.00 |
| Attorney for Trustee, Expenses - Jeffrey J. Sikirica, Esq. | 3120-000 | NA | $75.48 | $75.48 | $75.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,822.18 | $1,822.18 | $1,822.18 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $1,275.62 | $1,453.58 | $1,453.58 | $588.95 |
| 2 | Midland Credit Management, Inc. | 7100-000 | $759.00 | $882.82 | $882.82 | $357.69 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | $445.00 | $463.78 | $463.78 | $187.91 |
| 4 | Verizon | 7100-000 | $2,355.25 | $1,957.86 | $1,957.86 | $793.27 |
| N/F | Centers for Rehab Services | 7100-000 | $136.31 | NA | NA | NA |
| N/F | Cranberry Psychological Center | 7100-000 | $63.24 | NA | NA | NA |
| N/F | Discover Student Loans | 7100-000 | $7,229.00 | NA | NA | NA |
| N/F | Duquense Light Company | 7100-000 | $608.04 | NA | NA | NA |
| N/F | Fedloan Servicing | 7100-000 | $18,910.00 | NA | NA | NA |
| N/F | New Credit America | 7100-000 | $4,394.00 | NA | NA | NA |
| N/F | Peoples Natural Gas | 7100-000 | $954.19 | NA | NA | NA |
| N/F | Quest Diagnostics Inc | 7100-000 | $46.01 | NA | NA | NA |
| N/F | Toyota Financial Services | 7100-000 | $9,755.00 | NA | NA | NA |
| N/F | Transworld Systems In | 7100-000 | $8,092.03 | NA | NA | NA |
| N/F | UPMC Health Services | 7100-000 | $1,448.33 | NA | NA | NA |
| N/F | UPMC St Margaret | 7100-000 | $64.98 | NA | NA | NA |
| N/F | University of Pittsburgh Physicians | 7100-000 | $45.13 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $56,581.13 | $4,758.04 | $4,758.04 | $1,927.82 |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 20-22212-TPA  
**Case Name:** LIVORIO, JAYME ANN  
**For Period Ending:** 02/01/2022  

**Trustee Name:** (580670) Jeffrey J. Sikirica  
**Date Filed (f) or Converted (c):** 07/27/2020 (f)  
**§ 341(a) Meeting Date:** 09/08/2020  
**Claims Bar Date:** 01/08/2021  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 113 Treona Dr, Verona, PA 15147-2628, Allegheny County (See Footnote) | 66,000.00 | 5,000.00 | | 3,750.00 | FA |
| 2 | Household Goods and Furnishings | 800.00 | 0.00 | | 0.00 | FA |
| 3 | Electronics | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Costume Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Cash | 25.00 | 0.00 | | 0.00 | FA |
| 7 | Checking Account: PNC Bank | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Savings Account: PNC Bank | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Checking Account: Discover | 50.00 | 0.00 | | 0.00 | FA |
| 10 | Savings Account: Discover | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Retirement Account: Giant Eagle Inc. | 1,521.21 | 0.00 | | 0.00 | FA |
| **11** | **Assets Totals (Excluding unknown values)** | **$70,196.21** | **$5,000.00** | | **$3,750.00** | **$0.00** |

RE PROP# 1    Equity from a short sale.

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 04/30/2021    **Current Projected Date Of Final Report (TFR):** 10/14/2021 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 20-22212-TPA | Trustee Name: | Jeffrey J. Sikirica (580670) |
|---|---|---|---|
| Case Name: | LIVORIO, JAYME ANN | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***3983 | Account #: | ******2622 Checking |
| For Period Ending: | 02/01/2022 | Blanket Bond (per case limit): | $8,856,594.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/05/21 | {1} | Total Title Services, LLC | Buyer's Premium pursuant to consent of short sale - see docket #31 | 1110-000 | 3,750.00 | | 3,750.00 |
| 01/01/22 | 101 | Jeffrey J. Sikirica, Esq. | Distribution payment - Dividend paid at 100.00% of $75.48; Claim # ATTYEXP; Filed: $75.48 | 3120-000 | | 75.48 | 3,674.52 |
| 01/01/22 | 102 | Jeffrey J. Sikirica, Esq. | Distribution payment - Dividend paid at 100.00% of $805.00; Claim # ATTYFEE; Filed: $805.00 | 3110-000 | | 805.00 | 2,869.52 |
| 01/01/22 | 103 | Jeffrey J. Sikirica | Distribution payment - Dividend paid at 100.00% of $937.50; Claim # FEE; Filed: $937.50 | 2100-000 | | 937.50 | 1,932.02 |
| 01/01/22 | 104 | Jeffrey J. Sikirica | Distribution payment - Dividend paid at 100.00% of $4.20; Claim # TE; Filed: $4.20 | 2200-000 | | 4.20 | 1,927.82 |
| 01/01/22 | 105 | Discover Bank | Distribution payment - Dividend paid at 40.52% of $1,453.58; Claim # 1; Filed: $1,453.58 | 7100-000 | | 588.95 | 1,338.87 |
| 01/01/22 | 106 | Midland Credit Management, Inc. | Distribution payment - Dividend paid at 40.52% of $882.82; Claim # 2; Filed: $882.82 | 7100-000 | | 357.69 | 981.18 |
| 01/01/22 | 107 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 40.52% of $463.78; Claim # 3; Filed: $463.78 | 7100-000 | | 187.91 | 793.27 |
| 01/01/22 | 108 | Verizon | Distribution payment - Dividend paid at 40.52% of $1,957.86; Claim # 4; Filed: $1,957.86 | 7100-000 | | 793.27 | 0.00 |
| | | **COLUMN TOTALS** | | | 3,750.00 | 3,750.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 3,750.00 | 3,750.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $3,750.00 | $3,750.00 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** 20-22212-TPA | | **Trustee Name:** | Jeffrey J. Sikirica (580670) |
| **Case Name:** LIVORIO, JAYME ANN | | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***3983 | | **Account #:** | ******2622 Checking |
| **For Period Ending:** 02/01/2022 | | **Blanket Bond (per case limit):** | $8,856,594.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2622 Checking | $3,750.00 | $3,750.00 | $0.00 |
| | **$3,750.00** | **$3,750.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)