IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  **JAYME ANN LIVORIO**              :        Bankruptcy Case No. **20-22212-TPA**
                                                              :
                       Debtor                         :
                                                              :        Chapter 7
                                                              :

**<u>NOTICE OF CHANGE OF ADDRESS OF DEBTOR</u>**

**PLEASE TAKE NOTICE** of the change of address of the Debtor in the above named bankruptcy case:

<u>NAME</u>:                                 Jayme Ann Livorio

<u>OLD MAILING ADDRESS</u>:        600 Nineteen North Dr Apt 7

                                             Pittsburgh PA 15237

<u>NEW MAILING ADDRESS</u>:        332 Berkley Manor Dr

                                             Cranberry Twp, PA 16066

All future notices should be sent to the new address.

                                             Respectfully submitted,

Date:  March 16, 2022              /s/ Jason Karavias_____
                                             Jason Karavias, Esq., Attorney for Debtor
                                             239 4th Avenue, Suite 1603
                                             Pittsburgh, PA 15222
                                             (412) 456-7700
                                             PA ID 308474